# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**07-61371**
**CIV-COHN**

Jonathan Lee Riches ©,
Plaintiff

CIVIL NO _____

MAGISTRATE SELTZER

v.

ORENTHAL JAMES SIMPSON A/K/A
"O.J. SIMPSON";
YALE LANCE GALANTER d/b/a
YALE GALANTER P.A.,
DEFENDANTS



FILED by _____ D.C.
INTAKE
SEP 26 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · FT. LAUD.

## COMPLAINT
## "O.J AND HIS ATTORNEY ARE AFTER ME"
## "TRO TEMPORARY RESTRAINING ORDER"

Comes Now the Plaintiff, Jonathan Lee Riches©, Paranoid and Frightened from Defendants, in pro-se, Moves this Honorable court to Issue a TRO Temporary Restraining Order against Defendant's plotting against my life. Plaintiff prays for relief.

### 1

O.J. Simpson, ex NFL Running back and Yale Galanter, O.J.'s private Attorney from fort Lauderdale Florida are after my bones and brain. This conspiracy Started back in July 2002.

### 2

In July 2002, My co-defendant Jason Michael Carpenter Hacked into America Online with a "phishing" and "spamming" program, and took thousands of AOL customers personal information.
In January 2001, American Online contracted a company called purchase Pro and CEO Charles E. Johnson to provide AOL with

Anti hacking software, with Charles E. Johnson promising AOL that Noone could hack into AOL's system using Purchase Pro software

### 3

In Aug 2002, American Online Executives found out their system was Hacked from the July Incident. American Online contacted Purchase Pro to terminate the contract they had with America Online. At the Time, Purchase Pro's Counsel was Yale Galanter who defended Charles E. Johnson in previous cases.

### 4

Purchase Pro's Management told Yale Galanter to find out who hacked into American Online and Ruined their contract and when Galanter finds out who is responsible, Galanter would send his paid hitman O.J. Simpson to hurt the hackers.

### 5

Feb 25th, 2003 - I was arrested by Federal Agents in Florida, and charge with hacking into America Online in U.S. District Court in Houston, Case # H-03-40

### 6

My 6th amendment rights are currently being violated under Booker and Fan Fan. As my sentence was enhanced, contrary to what I plead Guity to. Check my Plea bargin transcripts. I was sentenced to 125 months in Federal prison

### 7

Yale Galanter found out I was responsable for the American Online Attack through a CNN documentary, CNN presents "How to Rob a bank" which showed Bank surveillance Photos of me. Galanter found out I'm currently at FCI Williamsburg, in Salters, South Carolina

### 8

On 9-13-07, O.J. Simpson committed a Armed Robbery in Las Vegas. On 9-16-07, O.J. Simpson was arrested by the Las Vegas Police department and sent to the Clark County detention center

On 9-18-07, O.J. Simpson contacted Yale Galanter for help in representing O.J. and getting O.J. out of Jail. During this conversation, Galanter told O.J. that he will represent him with conditions. Galanter would arrange with the Judge to release O.J. Simpson on $125,000 dollar bond, O.J. is to fly back to Fort Lauderdale to Galanter's office. O.J. is then to purchase extra small black gloves, rent a Avis rent a car with a Naked gun and drive to FCI Williamsburg to hurt MR. Riches for hacking into America online which was provided software from Purchase Pro, who ceo was Charles E. Johnson, who hired Yale Galanter for legal services

### TRO Temporary Restraining order

Plaintiff moves this Honorable court to issue a TRO against O.J. Simpson and Yale Galanter. Yale is directing O.J. to come after me. I'm very worried and scared. I'm so nervous, even my hand writing is crooked. My pen is shaking. I can feel O.J. Simpson breathing down my neck. Plaintiff prays for relief

respectfully
submitted

*Jonathan Lee Riches*©

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400