AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

Southern District of Florida

Jonathan Lee Riches ©

Plaintiff

V.

Orenthal James Simpson,
Yale Lance Galanter

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07-61371 CIV-COHN
MAGISTRATE SELTZER

FILED by _____ D.C. INTAKE
SEP 26 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

I, Jonathan Lee Riches © declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  FCI Williamsburg

    Are you employed at the institution?  Yes   Do you receive any payment from the institution?  .12¢ month

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☑ Yes   ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  .12¢ month  Prison Sweeping

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes   ☑ No
    b. Rent payments, interest or dividends              ☐ Yes   ☑ No
    c. Pensions, annuities or life insurance payments    ☐ Yes   ☑ No
    d. Disability or workers compensation payments       ☐ Yes   ☑ No
    e. Gifts or inheritances                             ☑ Yes   ☐ No
    f. Any other sources                                 ☐ Yes   ☑ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

My family sends money so I can eat, I'm disabled and weigh 125 lbs at 5ft 10 inch

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No 

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____9-13-07_____                    _____
       Date                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 40948018 | |
| Inmate Name: | RICHES, JONATHAN | |
| Report Date: | 09/11/2007 | |
| Report Time: | 10:24:19 AM | |
| Current Institution: | Williamsburg FCI | |
| Housing Unit: | WIL-A-B | |
| Living Quarters: | A03-108LH | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WIL | 9/7/2007 3:19:39 PM | GIPP0807 | | | Payroll - IPP | $0.12 | | $7.55 |
| WIL | 9/7/2007 11:41:55 AM | 73 | | | Sales | ($3.10) | | $7.43 |
| WIL | 8/28/2007 11:35:23 AM | GITS2CNV | | | Phone Rev With Rel | $2.28 | | $10.53 |
| WIL | 8/22/2007 4:49:57 PM | ITS0822 | | | Phone Withdrawal | ($1.00) | | $8.25 |
| WIL | 8/17/2007 11:35:46 AM | 75 | | | Sales | ($3.60) | | $9.25 |
| WIL | 8/15/2007 8:05:01 PM | ITS0815 | | | Phone Withdrawal | ($1.00) | | $12.85 |
| WIL | 8/10/2007 11:20:26 AM | 94 | | | Sales | ($4.65) | | $13.85 |
| WIL | 8/9/2007 1:01:46 PM | GIPP0707 | | | Payroll - IPP | $0.12 | | $18.50 |
| WIL | 8/7/2007 7:24:35 PM | ITS0807 | | | Phone Withdrawal | ($1.00) | | $18.38 |
| WIL | 8/3/2007 8:17:06 PM | ITS0803 | | | Phone Withdrawal | ($1.00) | | $19.38 |
| WIL | 8/3/2007 10:52:13 AM | 50 | | | Sales | ($5.15) | | $20.38 |
| WIL | 8/1/2007 6:38:16 PM | ITS0801 | | | Phone Withdrawal | ($2.00) | | $25.53 |
| WIL | 7/30/2007 6:34:17 PM | ITS0730 | | | Phone Withdrawal | ($2.00) | | $27.53 |
| WIL | 7/29/2007 6:31:02 PM | ITS0729 | | | Phone Withdrawal | ($1.00) | | $29.53 |
| WIL | 7/23/2007 7:36:14 PM | ITS0723 | | | Phone Withdrawal | ($1.00) | | $30.53 |
| WIL | 7/20/2007 8:13:27 AM | 54 | | | Sales | ($10.45) | | $31.53 |
| WIL | 7/18/2007 5:06:13 PM | ITS0718 | | | Phone Withdrawal | ($2.00) | | $41.98 |
| WIL | 7/13/2007 8:18:59 AM | 55 | | | Sales | ($21.15) | | $43.98 |
| WIL | 7/9/2007 2:46:38 PM | GIPP0607 | | | Payroll - IPP | $0.12 | | $65.13 |
| WIL | 7/7/2007 1:07:13 PM | ITS0707 | | | Phone Withdrawal | ($1.00) | | $65.01 |
| WIL | 7/7/2007 5:50:20 AM | 70186701 | | | Lockbox - CD | $60.00 | | $66.01 |
| WIL | 7/6/2007 11:31:49 AM | 22 | | | Sales | ($6.95) | | $6.01 |
| WIL | 7/4/2007 7:43:18 PM | ITS0704 | | | Phone Withdrawal | ($2.00) | | $12.96 |
| WIL | 6/29/2007 7:35:08 PM | ITS0629 | | | Phone Withdrawal | ($2.00) | | $14.96 |
| WIL | 6/28/2007 11:18:47 AM | 80 | | | Sales | ($4.65) | | $16.96 |
| WIL | 6/25/2007 8:21:10 PM | ITS0625 | | | Phone Withdrawal | ($1.00) | | $21.61 |
| WIL | 6/21/2007 11:36:33 AM | 97 | | | Sales | ($73.20) | | $22.61 |
| WIL | 6/20/2007 7:22:51 PM | ITS0620 | | | Phone Withdrawal | ($1.00) | | $95.81 |
| WIL | 6/19/2007 5:45:55 AM | 70185401 | | | Lockbox - CD | $60.00 | | $96.81 |
| WIL | 6/17/2007 8:12:52 PM | ITS0617 | | | Phone Withdrawal | ($2.00) | | $36.81 |
| WIL | 6/15/2007 10:58:09 AM | 39 | | | Sales | $7.60 | | $38.81 |
| WIL | 6/15/2007 10:57:20 AM | 38 | | | Sales | ($11.75) | | $31.21 |
| WIL | 6/8/2007 2:26:01 PM | GIPP0507 | | | Payroll - IPP | $0.12 | | $42.96 |

| | | | | | |
|---|---|---|---|---|---|
| WIL | 6/8/2007 10:53:39 AM | 62 | Sales | ($2.70) | $42.84 |
| WIL | 6/5/2007 6:42:31 PM | ITS0605 | Phone Withdrawal | ($2.00) | $45.54 |
| WIL | 5/31/2007 11:23:09 AM | 83 | Sales | ($20.50) | $47.54 |
| WIL | 5/27/2007 1:02:09 PM | ITS0527 | Phone Withdrawal | ($2.00) | $68.04 |
| WIL | 5/17/2007 8:20:45 AM | 54 | Sales | ($25.15) | $70.04 |
| WIL | 5/13/2007 7:39:13 PM | ITS0513 | Phone Withdrawal | ($2.00) | $95.19 |
| WIL | 5/12/2007 1:44:44 PM | ITS0512 | Phone Withdrawal | ($2.00) | $97.19 |
| WIL | 5/12/2007 5:45:55 AM | 70182901 | Lockbox - CD | $60.00 | $99.19 |
| WIL | 5/9/2007 2:39:24 PM | GIPP0407 | Payroll - IPP | $0.12 | $39.19 |
| WIL | 5/9/2007 2:39:00 PM | GIPP0407 | Payroll - IPP | $25.00 | $39.07 |
| WIL | 4/26/2007 8:20:19 AM | 65 | Sales | ($15.85) | $14.07 |
| WIL | 4/20/2007 11:13:54 AM | 55 | Sales | ($5.45) | $29.92 |
| WIL | 4/20/2007 11:13:15 AM | 53 | Sales | $0.00 | $35.37 |
| WIL | 4/17/2007 8:18:54 AM | 44 | Sales | ($0.65) | $35.37 |
| WIL | 4/17/2007 8:17:27 AM | 43 | Sales | ($17.20) | $36.02 |
| WIL | 4/13/2007 9:00:11 PM | ITS0413 | Phone Withdrawal | ($1.00) | $53.22 |
| WIL | 4/10/2007 11:45:06 AM | 70180501 | Lockbox - CD | $50.00 | $54.22 |

1 2 3

**Total Transactions: 117**

Totals:  ($48.06)  $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| WIL | $7.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.55 |
| **Totals:** | **$7.55** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$7.55** |

Case 0:07-cv-61371-JIC    Document 2    Entered on FLSD Docket 09/26/2007    Page 5 of 7

InmateStatementCombined    Page 1 of 2

## Inmate Statement

| Inmate Reg #: | 40948018 | Current Institution: | Williamsburg FCI |
| Inmate Name: | RICHES, JONATHAN | Housing Unit: | WIL-A-B |
| Report Date: | 09/11/2007 | Living Quarters: | A03-108LH |
| Report Time: | 10:24:36 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WIL | 4/10/2007 11:11:05 AM | 76 | | | Sales | ($1.55) | | $4.22 |
| WIL | 4/9/2007 2:35:58 PM | GIPP0307 | | | Payroll - IPP | $0.12 | | $5.77 |
| WIL | 4/8/2007 12:36:28 PM | ITS0408 | | | Phone Withdrawal | ($1.00) | | $5.65 |
| WIL | 4/3/2007 8:15:43 AM | 39 | | | Sales | ($15.85) | | $6.65 |
| WIL | 3/29/2007 7:56:34 PM | ITS0329 | | | Phone Withdrawal | ($2.00) | | $22.50 |
| WIL | 3/29/2007 6:50:27 PM | ITS0329 | | | Phone Withdrawal | ($2.00) | | $24.50 |
| WIL | 3/21/2007 7:49:44 AM | 59 | | | Sales | ($16.70) | | $26.50 |
| WIL | 3/14/2007 8:25:16 AM | 20 | | | Sales | ($12.30) | | $43.20 |
| WIL | 3/9/2007 1:04:35 PM | GIPP0207 | | | Payroll - IPP | $0.12 | | $55.50 |
| WIL | 3/9/2007 1:03:23 PM | GIPP0207 | | | Payroll - IPP | $12.50 | | $55.38 |
| WIL | 3/7/2007 8:17:21 AM | 46 | | | Sales | ($20.65) | | $42.88 |
| WIL | 3/4/2007 1:12:45 PM | ITS0304 | | | Phone Withdrawal | ($2.00) | | $63.53 |
| WIL | 3/2/2007 6:00:38 AM | 70177801 | | | Lockbox - CD | $50.00 | | $65.53 |
| WIL | 2/28/2007 8:15:16 AM | 39 | | | Sales | ($8.75) | | $15.53 |
| WIL | 2/21/2007 8:21:05 AM | 42 | | | Sales | ($6.70) | | $24.28 |
| WIL | 2/17/2007 7:49:34 AM | ITS0217 | | | Phone Withdrawal | ($1.00) | | $30.98 |
| WIL | 2/14/2007 11:14:30 AM | 17 | | | Sales | ($4.25) | | $31.98 |
| WIL | 2/9/2007 7:34:36 | ITS0209 | | | Phone Withdrawal | ($2.00) | | $36.23 |
| WIL | 2/9/2007 2:48:08 PM | GIPP0107 | | | Payroll - IPP | $0.12 | | $38.23 |
| WIL | 2/9/2007 2:47:00 PM | GIPP0107 | | | Payroll - IPP | $12.50 | | $38.11 |
| WIL | 2/7/2007 11:27:29 AM | 57 | | | Sales | ($5.90) | | $25.61 |
| WIL | 1/31/2007 11:12:16 AM | 51 | | | Sales | ($5.15) | | $31.51 |
| WIL | 1/30/2007 8:52:52 PM | ITS0130 | | | Phone Withdrawal | ($2.00) | | $36.66 |
| WIL | 1/28/2007 2:27:44 PM | ITS0128 | | | Phone Withdrawal | ($2.00) | | $38.66 |
| WIL | 1/27/2007 9:24:00 PM | ITS0127 | | | Phone Withdrawal | ($2.00) | | $40.66 |
| WIL | 1/26/2007 12:10:53 PM | TX012607 | | | Transfer - In from TRUFACS | $5.00 | | $42.66 |
| WIL | 1/24/2007 11:20:16 AM | 76 | | | Sales | ($2.60) | | $37.66 |
| WIL | 1/23/2007 6:40:28 PM | ITS0123 | | | Phone Withdrawal | ($1.00) | | $40.26 |
| WIL | 1/21/2007 2:43:42 PM | ITS0121 | | | Phone Withdrawal | ($2.00) | | $41.26 |
| WIL | 1/17/2007 11:11:09 AM | 68 | | | Sales | ($2.60) | | $43.26 |
| WIL | 1/10/2007 8:19:00 AM | 35 | | | Sales | ($23.70) | | $45.86 |
| WIL | 1/9/2007 7:07:55 PM | ITS0109 | | | Phone Withdrawal | ($1.00) | | $69.56 |
| WIL | 1/9/2007 2:55:21 PM | GIPP1206 | | | Payroll - IPP | $4.80 | | $70.56 |

# AFFIDAVIT OF FACTS

I swear under the penalty of perjury the following to be true and correct:

My Name is Jonathan Lee Riches. I'm a Inmate at FCI Williamsburg. I'm Indigent, I currently have $7.55 in my Account. I wish to proceed In forma pauperis with my suit. I also enclosed my 6 months on my trust account along with certificate of Penal institution, I'm currently disabled. I recieve medication for irritable bowel syndrome. I weigh 125 lbs at 5ft 10 inches. I wish to proceed In forma pauperis

The Above, I declare under the penalty of perjury to be true and correct. Today is the 13th day of the 9th month in the Year 2007 A.D

Respectfully

Jonathan Lee Riches

## CERTIFICATE OF PENAL INSTITUTION

I hereby certify that on _August 29_, 20_07_, the prisoner herein had the following amount in his/her prisoner's trust fund account:

$10.53

_8/29/07_
Date

_[signature]_
Signature of authorized trust fund officer

_A. Jackson_
Printed or typed name of authorized officer

_Case Manager_
Title of authorized officer

_FCI Williamsburg, SC_
Name of institution

_[signature]_, Case Manager,
Authorized by the Act of July 7, 1955, as amended to administer oaths (18 USC 4004).   8/29/07
FCI Williamsburg, SC